UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. | 10-4342 SEK |
|---|---|---|
| RAFAEL DE LEON DIAZ<br>WANDA I FERNANDEZ | CHAPTER | 13 |
| DEBTOR (S) | | |

## MOTION SUBMITTING EVIDENCE OF BEING CURRENT WITH FIRST BANK

TO THE HONORABLE COURT:

NOW COMES the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That debtor filed an Answer to a Motion Requesting the Dismissal filed by First Bank requesting 5 days to submit evidence of being current with secured creditor. (Docket #24)

2. That this Honorable Court entered an order granting debtors motion. (Docket #25)

3. That debtor is submitting copy of receipts of such payments. (See Attached)

WHEREFORE, it is respectfully submitted to this Honorable Court.

I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Chapter 13 Trustee and we sent copy of this document of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

IN SAN JUAN, PUERTO RICO, this 5th day of August of 2010.

RESPECTFULLY SUBMITTED.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

```
        FirstBank                                FirstBank
     16 - EL SENORIAL                         16 - EL SENORIAL

                                          Date      Time Transaction
                                       06/01/2010 12:07:56    0166
   Date      Time Transaction          Comm Loan Payment
06/01/2010 12:06:34    0165
Comm Loan Payment                         0004202292-00000003  $342.04
   0004202292-00000003  $24.68
                                       Effective Date:

Effective Date:                        Detail:
                                          CASH               $0.00
Detail:                                   CHECK              $0.00
   CASH              $520.00              XFER               $0.00
   CHECK               $0.00               SOF  -
   XFER                $0.00              FWD              $495.32
    SOF  -                                OUT                $0.00
   FWD                 $0.00           Thank you,
   OUT                 $0.00
                                       JUAN - 09205
Thank you,                             Conozca los Beneficios de la
                                       Cuenta que le Paga por Ser
JUAN - 09205                           Cliente.
Conozca los Beneficios de la           Gracias por su Visita.
Cuenta que le Paga por Ser
Cliente.
Gracias por su Visita.
```

```
                    FirstBank
                 16 - EL SENORIAL

                 Date      Time Transaction
              06/01/2010 12:08:15    0167
              Comm Loan Payment
                 0004202292-00000003  $151.71

              Effective Date:

              Detail:
                 CASH               $0.00
                 CHECK              $0.00
                 XFER               $0.00
                  SOF  -
                 FWD              $153.28
                 OUT                $1.57
              Thank you,

              JUAN - 09205
              Conozca los Beneficios de la
              Cuenta que le Paga por Ser
              Cliente.
```

# FirstBank

COMMERCIAL LOANS TRANSACTIONS FORM
(XLBP)

Branch / Dept. _____

| Bank | Region | Branch | Customer No. | Note | Sequence | Part No. | TR* |
|---|---|---|---|---|---|---|---|
| 01 | 001 | 016 | 00042027291 | 000001 | | | 65 |

Prepared: Date 7/21/10  Authorized: Date  Entered: Date
Back Date ☐ 1-Yes  Waived ☐ 1-Yes  Force ☐ 1-Yes  Priority ☐ 1-8

Effective Date: 07/22/2010 (M M D D Y Y Y Y)

Amount: 337.65

*Debits TR
57=Interest Reversal
60=Advance
61=Principal Reversal
62=Principal Debit

*Credits TR
58=Interest Payment
65=Principal Payment
66=Charge Off
67=Principal Credit
78=Payoff

Description: pago principal
Rafael Deleon DBA
Deleon Trucking Msy

FirstBank - 016
TELLER 201
JUL 22 2010

NNNK-0744-0744-0898R

---

# FirstBank

COMMERCIAL LOANS TRANSACTIONS FORM
(XLBP)

Branch / Dept. _____

| Bank | Region | Branch | Customer No. | Note | Sequence | Part No. | TR* |
|---|---|---|---|---|---|---|---|
| 01 | 001 | 016 | 00042022292 | 000001 | | | 58 |

Prepared: Date 7/21/10  Authorized: Date  Entered: Date
Back Date ☐ 1-Yes  Waived ☐ 1-Yes  Force ☐ 1-Yes  Priority ☐ 1-8

Effective Date: 07/22/2010

Amount: 180.58

*Debits TR
57=Interest Reversal
60=Advance
61=Principal Reversal
62=Principal Debit

*Credits TR
58=Interest Payment
65=Principal Payment
66=Charge Off
67=Principal Credit
78=Payoff

Description: pago int / late charge
Rafael Deleon DBA
Deleon Trucking

FirstBank - 016
TELLER 201
JUL 22 2010

NNNK-0744-0744-0898R