IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO.: 10-04342(ESL) |
|---|---|
| RAFAEL O. DE LEÓN DÍAZ<br>xxx-xx-4082<br>WANDA I. FERNÁNDEZ ALEJANDRO<br>xxx-xx-0123<br><br>DEBTOR(S) | CHAPTER 13 |

## REPLY TO MOTION SUBMITTING EVIDENCE OF BEING CURRENT WITH FIRSTBANK

TO THE HONORABLE COURT:

COMES NOW creditor **FIRSTBANK PUERTO RICO**, represented by the undersigned attorney and very respectfully states and prays:

1. On July 12th, 2010, FBPR filed a **Motion Requesting Dismissal** based on debtors' failure to keep current the post-petition installments owed on its secured claims.

2. After requesting an extension of time to deliver evidence of payments, on August 5th, 2010, debtors filed a **Motion Submitting Evidence of Being Current with FirstBank**, whereby they attached copy of several receipts of post-petition payments made on loan number 0003. (See, docket entry number 26). Regrettably, it seems they are confused.

3. As per claim number 7-1, FBPR has a secured claim, securing two (2) commercial loans, to wit: loan number 2292-3 and 2292-2. The Addendum to said claim details both loans. The pre-

petition arrears reflected in said claim corresponds to loan 2292-2.

4. The receipts they attached to their motion reflect payments on loan identified as "0003", which corresponds to loan number 2292-**3**. They are current on this loan.

5. However, that is not the case regarding loan number 2292-**2**. They have made two payments for the installments of May and June, 2010. The last payment on this loan was made on July 9th, 2010, in the sum of $2,742.32 and corresponding to the installment of June, 2010. They have outstanding the installments for the months of July and August, 2010, for a total sum of $5,484.64.

6. Debtors have failed to deliver evidence in support of their alleged valid affirmative defense of being current in the post-petition installments to FBPR. The evidence they have presented is not controverted by FBPR because does not correspond to FBPR's allegations. Therefore, it is respectfully requested from this Honorable Court to enter an Order dismissing the instant case.

**WHEREFORE,** it is respectfully requested from this Honorable Court to grant this Motion and to enter an Order dismissing the instant case.

I HEREBY CERTIFY: On this same date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF

System which will send notification of such filing to the following: Attorney for Debtors, José M. Prieto Carballo, Esq; and to Chapter 13 Trustee, José Ramón Carrión Morales, Esq., and by ordinary mail to debtor and to all creditors and parties in interest appearing in the attached Master Address List.

In San Juan, Puerto Rico, this 5th day of August, 2010.

s/ Angel M. Vázquez Bauzá
Angel M Vázquez Bauzá, Esq.
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00917-1017
Tel. 754-1313
Fax. 754-1354
e-mail: avazquez@enrassociates.com

900-9-257(BRY)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-04342-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Fri Aug  6 08:20:42 AST 2010 | RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | RG PREMIER BANK OF PR<br>ISMAEL H HERRERO III ESQ<br>PO BOX 362159<br>SAN JUAN, PR 00936-2159 |
| | BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 | COOPERATIVA A/C CUPEY ALTO<br>RR 6 BOX 11100<br>SAN JUAN, PR  00926 |
| CRIM<br>P.O. Box 195387<br>SAN JUAN, PR 00919-5387 | DEPT DE LA VIVIENDA<br>P O BOX 21365<br>RIO PIEDRAS, PR 00928-1365 | DEPT DE LA VIVIENDA MUNICIPAL<br>P O BOX 1869<br>TRUJILLO ALTO, PR 00977-1869 |
| FIA Card Services aka Bank of America<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | | |
| | PEP BOYS<br>GE MONEY BANK<br>P O BOX 960061<br>ORLANDO, FL 32896-0061 | PUERTO RICO ELECTRIC POWER<br>BANKRUPTCY CLAIMS OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 |
| RG PREMIER BANK<br>P O BOX 2510<br>GUAYNABO, PR  00970-2510 | SANTANDER DE PR<br>P O BOX 362589<br>SAN JUAN, PR 00936-2589 | SCOTIABANK<br>P O BOX 362230<br>SAN JUAN, PR  00936-2230 |
| TCPR - Toyota Credit de Puerto Rico<br>P.O. Box 366251<br>San Juan, Puerto Rico 00936-6251 | | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | RAFAEL O DE LEON DIAZ<br>RR36 BOX 8195<br>SAN JUAN, PR 00926-9561 | WANDA I FERNANDEZ ALEJANDRO<br>RR36 BOX 8195<br>SAN JUAN, PR 00926-9561 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.